# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 31, 2014
Docket #: 14-1238cv
Short Title: Blakley v. Lew

DC Docket #: 13-cv-2140
DC Court: SDNY (NEW YORK CITY)
DC Judge: Furman

## NOTICE OF DEFECTIVE FILING

On 07/31/14 the joint appendix was submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____     Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____     Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____     Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____     Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____     Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____     Improper proof of service *(FRAP 25)*
         _____     Missing proof of service
         _____     Served to an incorrect address
         _____     Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____     Failure to submit document in digital format *(Local Rule 25.1)*
\_xx\_\_\_     Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click [here](#)
         for instructions on how to make PDFs text searchable
_____     Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____     Failure to file special appendix *(Local Rule 32.1)*
\_xx\_\_\_     Defective cover *(FRAP 32)*
         \_xx\_\_\_     Incorrect caption *(FRAP 32)*
         _____     Wrong color cover *(FRAP 32)*
         _____     Docket number font too small *(Local Rule 32.1)*
\_xx\_\_\_     Incorrect pagination, click [here](#) for instructions on how to paginate PDFs
         *(Local Rule 32.1)*
_____     Incorrect font *(FRAP 32)*
_____     Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____     Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____     Untimely filing
_____     Incorrect Filing Event
\_xx\_\_\_     Other: (1) the cover of the e-filing **AND** paper copies must reflect the official Court

caption.  (2) the entire pdf must be text-searchable and correctly paginated .  (3) re-file as JOINT APPENDIX.

    Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than 08/04/14. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

    Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8522.